**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **Brice** | **Wibracht** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Erin** | **MIchelle** | **Wibracht** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)     **17-52300**

☑ Check if this is an
   amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:    Summarize Your Assets

|  | | **Your assets** |
|---|---|---|
|  | | Value of what you own |
| **1.** | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B......................................................... | **$690,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................... | **$186,790.62** |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | **$876,790.62** |

## Part 2:    Summarize Your Liabilities

|  | | **Your liabilities** |
|---|---|---|
|  | | Amount you owe |
| **2.** | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$586,239.92** |
| **3.** | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... | **$0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........................... + | **$17,911,595.00** |
| | **Your total liabilities** | **$18,497,834.92** |

## Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| **4.** | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of Schedule I.......................................................................... | **$8,507.64** |
| **5.** | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of Schedule J.................................................................................. | **$12,665.04** |

| | |
|---|---|
| Debtor 1  **Steven Brice Wibracht** | |
| Debtor 2  **Erin MIchelle Wibracht** | Case number (if known) __17-52300__ |

## Part 4:   Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑  Yes

7.  **What kind of debt do you have?**

☐  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

_____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*****

**Total claim**

**From Part 4 on *Schedule E/F,* copy the following:**

9a.  Domestic support obligations.  (Copy line 6a.)                                     _____

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)      _____

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)   _____

9d.  Student loans.  (Copy line 6f.)                                                    _____

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)      _____

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)   **+** _____

9g.  **Total.**  Add lines 9a through 9f.                                               _____

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **Brice** | **Wibracht** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Erin** | **Michelle** | **Wibracht** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **17-52300**
(if known)

☑ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No.  Go to Part 2.
☑ Yes.  Where is the property?

1.1.

**536 E. Borgfeld Road, San Antonio, Texas  78260**

**Bexar**
County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $450,000.00 | $450,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☑ Check if this is community property
(see instructions)

| Debtor 1 | **Steven Brice Wibracht** | | |
|----------|---------------------------|---|---|
| Debtor 2 | **Erin MIchelle Wibracht** | Case number (if known) | **17-52300** |

---

**1.2.**

**15422 Seamount Cay Ct. #105 Christi, Texas (condo) along with storm damage insurance claim**

**Nueces**
County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $120,000.00 | $120,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple** _____

☑ **Check if this is community property**
(see instructions)

---

**1.3.**

**235 Steeple Brook, Spring Branch, Texas**

**Comal**
County

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $70,000.00 | $70,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple** _____

☑ **Check if this is community property**
(see instructions)

| Debtor 1 | **Steven Brice Wibracht** | | |
|---|---|---|---|
| Debtor 2 | **Erin MIchelle Wibracht** | | |
| | | Case number (if known) | **17-52300** |

**1.4.**

**50% undivided interest in 5 acres, Clear Springs, Comal County, Texas-26609 Donna Elaine, San Antonio, Texas 78261**
**100% of property worth $95,000.00 more or less**

**Comal**
County

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☑ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $50,000.00 | $50,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☑ **Check if this is community property**
(see instructions)

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1.  Write that number here.......................➜ | **$690,000.00** |

---

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

**3.1.**

| Make: | **Ford** |
|---|---|
| Model: | **F250** |
| Year: | **2016** |
| Approximate mileage: | **27,000** |

Other information:
**2016 Ford F250 (approx. 27000 miles)**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $50,000.00 | $50,000.00 |

**3.2.**

| Make: | **Toyota** |
|---|---|
| Model: | **Sequoia** |
| Year: | **2007** |
| Approximate mileage: | **115,000** |

Other information:
**2007 Toyota Sequoia (approx. 115000 miles)**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $8,000.00 | $8,000.00 |

Debtor 1    **Steven Brice Wibracht**
Debtor 2    **Erin MIchelle Wibracht**                                    Case number (if known)  __17-52300__

| 3.3. | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

| 3.3. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Landrover** | ☐ Debtor 1 only | | |
| Model: | **Range Rover Sport** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2016** | ☑ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **18,000** | ☐ At least one of the debtors and another | **$1.00** | **$1.00** |
| Other information: | | | | |
| **2016 Landrover Range Rover Sport (approx. 18000 miles)(lease)** | | ☑ Check if this is community property (see instructions) | | |

| 3.4. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Jeep** | ☐ Debtor 1 only | | |
| Model: | **Wrangler** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2015** | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **25,000** | ☐ At least one of the debtors and another | **$0.00** | **$0.00** |
| Other information: | | | | |
| **2015 Jeep Wrangler (approx. 25000 miles)(sold to brother in 2016 who assumed the payments) still titled in the debtor's name but debtor's brother makes the payments and has possession.** | | ☐ Check if this is community property (see instructions) | | |

| 3.5. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Toyota** | ☐ Debtor 1 only | | |
| Model: | **Corrolla** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2013** | ☑ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **70,000** | ☐ At least one of the debtors and another | **$6,000.00** | **$6,000.00** |
| Other information: | | | | |
| **2013 Toyota Corrolla (approx. 70000 miles)(vehicle in name of debtor's sister and the debtor who signed as a cosigner to permit the granting of credit to purchase the sister's vehicle) (this is not property of the debtor's estate.** | | ☑ Check if this is community property (see instructions) | | |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
    ☑ No
    ☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any
    entries for pages you have attached for Part 2.  Write that number here.........................➔  | **$64,001.00** |

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?
**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☑ Yes.  Describe.....  **Household goods, supplies and furnishings**          **$4,500.00**

Debtor 1    **Steven Brice Wibracht**
Debtor 2    **Erin MIchelle Wibracht**                                        Case number (if known)  **17-52300**

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes. Describe.....  **3 tvs, 2 ipads, macbook, macbookpro, and miscl. electronics, children's**            $1,500.00
    **games, 2 cell phones, etc.**

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No
    ☐ Yes. Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No
    ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe.....  **See continuation page(s).**                                                          $7,795.00

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe.....  **clothing**                                                                           $1,000.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe.....  **Jewelry  engagement ring, earnings, watch,**                                        $12,240.00
    **2 watches and misc. jewelry wedding rings**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe.....  **1 dog**                                                                                 $25.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No
    ☑ Yes. Give specific
    information.............  **2 bicycles and misc. childrens toys and scooters**                                 $100.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have**
    **attached for Part 3.  Write the number here**........................................................ ➔   | $27,160.00 |

---

**Part 4:**    **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

| Debtor 1 | **Steven Brice Wibracht** | | |
|---|---|---|---|
| Debtor 2 | **Erin MIchelle Wibracht** | Case number (if known) | **17-52300** |

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes......................................................................................................... Cash: ......................... **$67.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes........................... Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Checking account - Bank of America** | **$76.16** |
| 17.2. | Checking account: | **Checking account Security Service FCU** | **$396.01** |
| 17.3. | Savings account: | **Savings account Bank of America** | **$103.73** |
| 17.4. | Savings account: | **Savings account Security Service FCU** | **$5.72** |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No

☑ Yes........................... Institution or issuer name:

**Bank of America trading account** **$980.00**

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about them........................... Name of entity: % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders. *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them........................... Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each account separately. Type of account: Institution name:

Pension plan: **Pension plan TRS** **$8,000.00**

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes........................... Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes........................... Issuer name and description:

| Debtor 1 | **Steven Brice Wibracht** | | |
|---|---|---|---|
| Debtor 2 | **Erin MIchelle Wibracht** | Case number (if known) | **17-52300** |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes........................... Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No
☑ Yes.  Give specific      **Steven Wibracht Trust  contains 4 suppressors**                                   **$1,000.00**
information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
information about them                                                                                    _____

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific
information about them                                                                                    _____

**Money or property owed to you?**                                                  **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information
about them, including whether                                      Federal:_____
you already filed the returns                                      State: _____
and the tax years.....................                             Local: _____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information                                  Alimony:_____

                                                                   Maintenance:_____

                                                                   Support:_____

                                                                   Divorce settlement:_____

                                                                   Property settlement:_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information                                                                        _____

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes.  Name the insurance
company of each policy
and list its value................  Company name:           Beneficiary:              Surrender or refund value:

                                   **$150,000 Farmers Insurance (term
                                   life)**                     **codebtor**                    **$1.00**

Debtor 1   **Steven Brice Wibracht**

Debtor 2   **Erin MIchelle Wibracht**                                     Case number (if known)  **17-52300**

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No

☐ Yes.  Give specific information                                                          _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes.  Describe each claim........                                                       _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

☑ Yes.  Describe each claim........  **See continuation page(s).**                        **$70,000.00**

35. **Any financial assets you did not already list**

☑ No

☐ Yes.  Give specific information                                                          _____

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..................................................................➔

| $80,629.62 |
|---|

---

**Part 5:**  **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

---

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.

☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes.  Describe..                                                                         _____

39. **Office equipment, furnishings, and supplies**
*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes.  Describe..                                                                         _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☑ Yes.  Describe..  **Mahindra Tractor with loader attachment and box shredder  (used by Core Logistics - Currently in possession of owner of Core Logistics, Mr Glen Boultinghouse at 1719 CR 271 Rio Medina, Texas (210) 218-3607 and (210) 227-2673**                                          **$15,000.00**

41. **Inventory**

☑ No

☐ Yes.  Describe..                                                                         _____

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes.  Describe.....  Name of entity:                             % of ownership:

| Debtor 1 | **Steven Brice Wibracht** | | |
|---|---|---|---|
| Debtor 2 | **Erin MIchelle Wibracht** | Case number (if known) | **17-52300** |

**43. Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☐ No

    ☐ Yes.  Describe.....            _____

**44. Any business-related property you did not already list**

☑ No

☐ Yes.  Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.........................................................................➔   **$15,000.00**

---

**Part 6:**   **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
            **If you own or have an interest in farmland, list it in Part 1.**

---

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.

☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes....                                      _____

**48. Crops--either growing or harvested**

☑ No

☐ Yes.  Give specific information................    _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes....                                        _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes....                                        _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes.  Give specific information................    _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**.........................................................................➔   **$0.00**

---

**Part 7:**   **Describe All Property You Own or Have an Interest in That You Did Not List Above**

---

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No

☐ Yes.  Give specific information.

Debtor 1   **Steven Brice Wibracht**

Debtor 2   **Erin MIchelle Wibracht**                                    Case number (if known)   **17-52300**

---

**54.** **Add the dollar value of all of your entries from Part 7. Write that number here**............................................... ➔   ☐ **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

**55.** **Part 1: Total real estate, line 2**.................................................................................................... ➔   **$690,000.00**

**56.** **Part 2: Total vehicles, line 5**                                    **$64,001.00**

**57.** **Part 3: Total personal and household items, line 15**                **$27,160.00**

**58.** **Part 4: Total financial assets, line 36**                          **$80,629.62**

**59.** **Part 5: Total business-related property, line 45**                 **$15,000.00**

**60.** **Part 6: Total farm- and fishing-related property, line 52**        **$0.00**

**61.** **Part 7: Total other property not listed, line 54**              +  **$0.00**

**62.** **Total personal property.**   Add lines 56 through 61..................   **$186,790.62**   Copy personal property total ➔  +   **$186,790.62**

**63.** **Total of all property on Schedule A/B.**   Add line 55 + line 62.............................................................   **$876,790.62**

| Debtor 1 | **Steven Brice Wibracht** | | |
|---|---|---|---|
| Debtor 2 | **Erin MIchelle Wibracht** | Case number (if known) | **17-52300** |

10. Firearms (details):

| | |
|---|---|
| **Berretta ASE 90 .12 gauge shotgun and Perazzi Mirage .12 gauge shotgun** | **$5,000.00** |
| **Nighhawk .45 pistol; Nighthawk 9mm pistol; Barrett .223 rifle; Sig .380 pistol; Sig. 9mm  938 pistol; Ruger .22 pistol; Remington  6.5 Creedmore rifle; Browning 410 shotgun;  Remington 6.5 x 284 rifle;** | **$2,795.00** |

34. Other contingent and unliquidated claims of every nature (details):

| | |
|---|---|
| **Claims for breach of contract,  misrepresentation, fraud, indemnity and contribution against Clifford Glen Boultinghouse, Rio Medina, Texas** | **Unknown** |
| **cross claims against various parties in 5:15 CV 0200 DAE  Travelers Cas. and Surety Co. of America v. Michael Padron, et. al.** | **Unknown** |
| **Various uncollectable claims against Core Logistics  (probably much more)** | **$70,000.00** |

**Fill in this information to identify your case:**

| Debtor 1 | **Steven** | **Brice** | **Wibracht** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Erin** | **MIchelle** | **Wibracht** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number: **17-52300**
(if known)

☑ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**536 E. Borgfeld Road, San Antonio, Texas 78260**<br>Line from *Schedule A/B*: **1.1** | **$450,000.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**2016 Ford F250 (approx. 27000 miles)**<br>Line from *Schedule A/B*: **3.1** | **$50,000.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   ☐ No
   ☐ Yes

| Debtor 1 | **Steven Brice Wibracht** | | |
|---|---|---|---|
| Debtor 2 | **Erin MIchelle Wibracht** | Case number (if known) | **17-52300** |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2007 Toyota Sequoia (approx. 115000 miles)**<br>Line from *Schedule A/B*:  **3.2** | **$8,000.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2016 Landrover Range Rover Sport (approx. 18000 miles)(lease)**<br>Line from *Schedule A/B*:  **3.3** | **$1.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2013 Toyota Corrolla (approx. 70000 miles)(vehicle in name of debtor's sister and the debtor who signed as a cosigner to permit the granting of credit to purchase the sister's vehicle)(this is not property of the debtor's estate.**<br>Line from *Schedule A/B*:  **3.5** | **$6,000.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. §541(c)(2)** |
| Brief description:<br>**Household goods, supplies and furnishings**<br>Line from *Schedule A/B*:  **6** | **$4,500.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**3 tvs, 2 ipads, macbook, macbookpro, and miscl. electronics, children's games, 2 cell phones, etc.**<br>Line from *Schedule A/B*:  **7** | **$1,500.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Berretta ASE 90 .12 gauge shotgun and Perazzi Mirage .12 gauge shotgun**<br>Line from *Schedule A/B*:  **10** | **$5,000.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description:<br>**Nighhawk .45 pistol; Nighthawk 9mm pistol; Barrett .223 rifle; Sig .380 pistol; Sig. 9mm  938 pistol; Ruger .22 pistol; Remington  6.5 Creedmore rifle; Browning 410 shotgun;  Remington 6.5 x 284 rifle;**<br>Line from *Schedule A/B*:  **10** | **$2,795.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description:<br>**clothing**<br>Line from *Schedule A/B*:  **11** | **$1,000.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |

| Debtor 1 | **Steven Brice Wibracht** |
|---|---|
| Debtor 2 | **Erin MIchelle Wibracht** |

Case number (if known)   **17-52300**

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Jewelry  engagement ring, earnings, watch,**<br>**2 watches and misc. jewelry wedding rings**<br>Line from *Schedule A/B*:   **12** | **$12,240.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**1 dog**<br><br>Line from *Schedule A/B*:   **13** | **$25.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Brief description:<br>**2 bicycles and misc. childrens toys and scooters**<br>Line from *Schedule A/B*:   **14** | **$100.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**Pension plan  TRS**<br><br>Line from *Schedule A/B*:   **21** | **$8,000.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description:<br>**$150,000 Farmers Insurance (term life)**<br><br>Line from *Schedule A/B*:   **31** | **$1.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **Brice** | **Wibracht** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Erin** | **MIchelle** | **Wibracht** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **17-52300**
(if known)

☑ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**

☐ No.  Check this box and submit this form to the court with your other schedules.  You have nothing else to report on this form.
☑ Yes.  Fill in all of the information below.

**Part 1:** **List All Secured Claims**

2.  **List all secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2.  As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**

**Chase Auto Finance**
Creditor's name
**P.O. Box 901076**
Number      Street

**Ft. Worth          TX    76101**
City                    State    ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates**
**to a community debt**

**Date debt was incurred      2016**

**leased vehicle with option to buy**

Describe the property that secures the claim:    $27,430.00    $1.00    $27,429.00

**2016 Landrover Range Rover**
**Sport (approx. 18000 m**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Notice only**

Last 4 digits of account number  ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write that number here:

**$27,430.00**

| Debtor 1 | **Steven Brice Wibracht** |
|---|---|
| Debtor 2 | **Erin MIchelle Wibracht** |

Case number (if known) **17-52300**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2**

**Chrylser Capital**
Creditor's name

**POBox 961275**
Number     Street

Describe the property that
secures the claim:

**2015 Jeep Wrangler (approx. 25000 miles)(sold to b**

$22,750.00 | $0.00 | $22,750.00

**Ft. Worth          TX     76161**
City               State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **vehicle loan**

**Last 4 digits of account number** ____ ____ ____ ____

---

**2.3**

**Credit Human**
Creditor's name

**P. O.  Box 1356**
Number     Street

Describe the property that
secures the claim:

**50% undivided interest in 5 acres, Clear Springs,**

$71,253.00 | $50,000.00 | $21,253.00

**San Antonio     TX     78295**
City               State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number** ____ ____ ____ ____

---

Add the dollar value of your entries in Column A on this page.  Write
that number here:

**$94,003.00**

Official Form 106D          **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**          page 2

Debtor 1    **Steven Brice Wibracht**
Debtor 2    **Erin MIchelle Wibracht**                                    Case number (if known)    **17-52300**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.4 | Describe the property that secures the claim: | **$35,000.00** | **$70,000.00** | |
|---|---|---|---|---|

**Housinger, Stephen & Paula**
Creditor's name                                    **Lot in River Crossing**
**2129 San Jose Way**
Number       Street

As of the date you file, the claim is: Check all that apply.

**Canyon Lake       TX      78133**      ☐ Contingent
City            State   ZIP Code          ☐ Unliquidated
                                          ☐ Disputed
**Who owes the debt?**  Check one.
☐ Debtor 1 only                    **Nature of lien.**   Check all that apply.
☐ Debtor 2 only                    ☑ An agreement you made (such as mortgage or secured car loan)
☑ Debtor 1 and Debtor 2 only       ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit
                                   ☐ Other (including a right to offset)
☑ **Check if this claim relates to a community debt**

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

| 2.5 | Describe the property that secures the claim: | **$250,348.93** | **$450,000.00** | |
|---|---|---|---|---|

**M & T Bank**                                     **536 E. Borgfeld Road, San**
Creditor's name                                    **Antonio, Texas  78260**
**P. O. Box 62986**
Number       Street

As of the date you file, the claim is: Check all that apply.

**Baltimore        MD    21264**         ☐ Contingent
City            State   ZIP Code          ☐ Unliquidated
                                          ☐ Disputed
**Who owes the debt?**  Check one.
☐ Debtor 1 only                    **Nature of lien.**   Check all that apply.
☐ Debtor 2 only                    ☑ An agreement you made (such as mortgage or secured car loan)
☑ Debtor 1 and Debtor 2 only       ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit
                                   ☐ Other (including a right to offset)
☑ **Check if this claim relates to a community debt**

Date debt was incurred   **2010**    Last 4 digits of account number   **3   3   6   5**

Add the dollar value of your entries in Column A on this page.  Write that number here:          **$285,348.93**

Debtor 1  **Steven Brice Wibracht**

Debtor 2  **Erin MIchelle Wibracht**

Case number (if known)  **17-52300**

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

| 2.6 | | Describe the property that secures the claim: | $11,000.00 | $15,000.00 | |

**Mahindra Finance USA, LLC**

Creditor's name

**P. O. Box 14440**

Number     Street

**Mahindra Tractor with loader attachment and box sh**

As of the date you file, the claim is: Check all that apply.

**Des Moines      IA    50306**

City              State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** _____  **Last 4 digits of account number** ___ ___ ___ ___

| 2.7 | | Describe the property that secures the claim: | $113,551.99 | $120,000.00 | |

**SunTrust Bank**

Creditor's name

**2626 E. Oakland Pk. Blvd.**

Number     Street

**corpus christi condo**

As of the date you file, the claim is: Check all that apply.

**Ft. Lauderdale    FL    33306**

City              State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
   **Notice only**

**Date debt was incurred** 2010  **Last 4 digits of account number** ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write that number here:

| $124,551.99 |

Debtor 1    **Steven Brice Wibracht**
Debtor 2    **Erin MIchelle Wibracht**

Case number (if known)  **17-52300**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.8**

Describe the property that secures the claim:

| $52,000.00 | $50,000.00 | $2,000.00 |

**TD Auto Finance**
Creditor's name
**P. O. Box 9223**
Number     Street

**2016 Ford F250 (approx. 27000 miles)**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Farmington Hills  MI   48333**
City            State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Nature of lien.  Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred    **2017**      Last 4 digits of account number  ___ ___ ___ ___

**2.9**

Describe the property that secures the claim:

| $2,906.00 | $6,000.00 | |

**Toyota Motor Credit Co.**
Creditor's name
**141000 San Pedro Ave**
Number     Street

**2013 Toyota Corrolla (approx. 70000 miles)**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Antonio        TX    78232**
City            State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Nature of lien.  Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred          Last 4 digits of account number  ___ ___ ___ ___

**sister's vehicle.  she has made the payments**

Add the dollar value of your entries in Column A on this page.  Write that number here:

| **$54,906.00** |

If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:

| **$586,239.92** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **Brice** | **Wibracht** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Erin** | **MIchelle** | **Wibracht** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)   **17-52300**

☑ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Steven Brice Wibracht**
Steven Brice Wibracht, Debtor 1

Date **11/10/2017**
    MM / DD / YYYY

X **/s/ Erin MIchelle Wibracht**
Erin MIchelle Wibracht, Debtor 2

Date **11/10/2017**
    MM / DD / YYYY

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | **Steven** | **Brice** | **Wibracht** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Erin** | **MIchelle** | **Wibracht** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **17-52300**
(if known)

☑ Check if this is an
amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy   04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Steven Brice Wibracht** | |
|---|---|---|
| Debtor 2 | **Erin MIchelle Wibracht** | Case number (if known) __17-52300__ |

| Part 2: | Explain the Sources of Your Income |
|---|---|

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | **$65,742.42** | ☒ Wages, commissions, bonuses, tips | **$9,414.40** |
|  | ☐ Operating a business |  | ☐ Operating a business |  |
| **For the last calendar year:**<br>(January 1 to December 31, __2016__ )<br>　　　　　　　　　　　　YYYY | ☒ Wages, commissions, bonuses, tips | **$200,000.00** | ☒ Wages, commissions, bonuses, tips | **$20,000.00** |
|  | ☐ Operating a business |  | ☐ Operating a business |  |
| **For the calendar year before that:**<br>(January 1 to December 31, __2015__ )<br>　　　　　　　　　　　　YYYY | ☒ Wages, commissions, bonuses, tips | **$143,400.00** | ☒ Wages, commissions, bonuses, tips | **$45,911.00** |
|  | ☐ Operating a business |  | ☐ Operating a business |  |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income**<br>**from each source**<br>(before deductions<br>and exclusions | **Sources of income**<br>Describe below. | **Gross income**<br>**from each source**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ferrari | **$80,000.00** |  |  |
|  | ford/chevy,ford | **$68,500.00** |  |  |
|  | guns,watches,misc | **$60,886.02** |  |  |
| **For the last calendar year:**<br>(January 1 to December 31, __2016__ )<br>　　　　　　　　　　　　YYYY |  |  |  |  |
|  |  |  |  |  |
| **For the calendar year before that:**<br>(January 1 to December 31, __2015__ )<br>　　　　　　　　　　　　YYYY | interest | **$56.00** |  |  |
|  | capital gain | **$21.00** |  |  |
|  |  |  |  |  |

| Debtor 1 | **Steven Brice Wibracht** | |
|---|---|---|
| Debtor 2 | **Erin MIchelle Wibracht** | |

Case number (if known)  **17-52300**

---

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.  Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **M & T Bank** | | **$2,400.00** | **$260,000.00** | ☑ Mortgage |
| Creditor's name | monthly | | | ☐ Car |
| | | | | ☐ Credit card |
| Number      Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other |
| City                    State    ZIP Code | | | | |
| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
| **SunTrust Bank** | | **$1,135.00** | **$113,551.99** | ☐ Mortgage |
| Creditor's name | monthly | | | ☐ Car |
| **2626 E. Oakland Pk. Blvd.** | | | | ☐ Credit card |
| Number      Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| **Ft. Lauderdale        FL      33306** | | | | ☐ Other |
| City                    State    ZIP Code | | | | |
| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
| **TD Auto Finance** | | **$1,366.00** | **$52,000.00** | ☐ Mortgage |
| Creditor's name | monthly | | | ☑ Car |
| **P. O. Box 9223** | | | | ☐ Credit card |
| Number      Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| **Farmington Hills      MI      48333** | | | | ☐ Other |
| City                    State    ZIP Code | | | | |

Debtor 1   **Steven Brice Wibracht**
Debtor 2   **Erin Michelle Wibracht**                                    Case number (if known)   **17-52300**

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Chase Auto Finance** | | **$1,142.00** | **$27,430.00** | ☐ Mortgage |
| Creditor's name | | | | ☑ Car |
| **P.O. Box 901076** | **monthly** | | | ☐ Credit card |
| Number    Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other |
| **Ft. Worth**          **TX**    **76101** | | | | |
| City              State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Citi Cards/Citibank** | | **$375.00** | **$17,000.00** | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **P.O. Box 6241** | **monthly** | | | ☑ Credit card |
| Number    Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other |
| **Sioux Falls**        **SD**    **57117** | | | | |
| City              State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **American Express** | | **$10,000.00** | **$1,929.00** | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **P O Box 297871** | **monthly** | | | ☑ Credit card |
| Number    Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other |
| **Fort Lauderdale**    **FL**    **33329** | | | | |
| City              State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **CHASE BANK USA** | | **$200.00** | **$0.00** | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **C O WEINSTEIN AND RILEY, PS** | **monthly** | | | ☑ Credit card |
| Number    Street | | | | ☐ Loan repayment |
| **2001 WESTERN AVENUE, STE 400** | | | | ☐ Suppliers or vendors |
| **SEATTLE**            **WA**    **98121** | | | | ☐ Other |
| City              State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **various creditors paid in the ordinary** | | | | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **course of the debtors' personal** | **monthly** | | | ☑ Credit card |
| Number    Street | | | | ☐ Loan repayment |
| **financial affairs** | | | | ☑ Suppliers or vendors |
| | | | | ☐ Other |
| City              State    ZIP Code | | | | |

Debtor 1    **Steven Brice Wibracht**
Debtor 2    **Erin MIchelle Wibracht**                                    Case number (if known)  **17-52300**

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
     *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

     ☑ No
     ☐ Yes.  List all payments to an insider.

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

     Include payments on debts guaranteed or cosigned by an insider.

     ☐ No
     ☑ Yes.  List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Clifford Glen Boultinghouse**<br>Insider's name | **3/17** | **$20.00** | | **Debtor sold his 50% interest in Core Logistics to co-ower of shares in return for his assumption of debts and agreement to indemnify debtor from claims.** |
| Number    Street | | | | |
| **Rio Medina**            **TX**<br>City            State    ZIP Code | | | | |

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
     List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

     ☐ No
     ☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Travelers Casualty and Surety of America v.  Padron, et. al.** | **suit on contract and cross claims** | **U. S. District Court, W.D. Texas.**<br>Court Name | ☑ Pending |
| | | **655 Durango**<br>Number    Street | ☐ On appeal |
| Case number  **5:15 CV 00200 DAE** | | | ☐ Concluded |
| | | **San Antonio**    **TX**    **78205**<br>City            State    ZIP Code | |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Komatsu v. Wibracht** | **suit on guaranty** | **281st District Court**<br>Court Name | ☑ Pending |
| | | Number    Street | ☐ On appeal |
| Case number  **201747102** | | | ☐ Concluded |
| | | **Houston**    **Tx**<br>City            State    ZIP Code | |

| Debtor 1 | **Steven Brice Wibracht** | | |
|---|---|---|---|
| Debtor 2 | **Erin Michelle Wibracht** | Case number (if known) | **17-52300** |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **American Express v. Wibracht** | **suit on guaranty** | **150th   District Court**<br>Court Name<br>**100 Soledad**<br>Number      Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number  **2017 CI 18145** | | **San Antonio        TX       78205**<br>City                           State      ZIP Code | |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Holt Texas Ltd d/b/a Holt Cat** | **suit on debt** | **285th Judicial District Court**<br>Court Name<br>**100 Soledad**<br>Number      Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number  **2017 CI 17656** | | **San Antonio        TX       78205**<br>City                           State      ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☐ No
    ☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Debtor's mother**<br>Person to Whom You Gave the Gift | **Debtor pays elderly mothers bills to the extent of approx. $10,000 per year with disbursements on a monthly or more frequent basis.** | | |
| Number      Street | | | |
| City                    State    ZIP Code | | | |

Person's relationship to you **Mother**

| Debtor 1 | **Steven Brice Wibracht** | | |
|---|---|---|---|
| Debtor 2 | **Erin MIchelle Wibracht** | Case number (if known) | **17-52300** |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

## Part 6:     List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

## Part 7:     List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Martin W. Seidler, Attorney At Law** | | | |
| Person Who Was Paid | | | |
| **One Elm Place, Suite 503** | | **08/29/2017** | **$7,500.00** |
| Number        Street | | | |
| **11107 Wurzbach Road** | | | |
| | | | |
| **San Antonio**          **TX**       **78230** | | | |
| City                        State       ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

Debtor 1 **Steven Brice Wibracht**

Debtor 2 **Erin MIchelle Wibracht**

Case number (if known) **17-52300**

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Silverstone Auto Group, LLC**<br>Person Who Received Transfer<br><br>**8650 Spicewood Springs Road #145572**<br>Number    Street<br><br><br>**Austin      TX      78759**<br>City          State    ZIP Code<br><br>Person's relationship to you _____ | **2006 Ferrari worth $80,000 sold for $80,000.** | **$80,000 used to pay lien on vehicle** | **2017** |
| **Northside Ford**<br>Person Who Received Transfer<br><br>Number    Street<br><br><br>**San Antonio      TX**<br>City          State    ZIP Code<br><br>Person's relationship to you **none** | **2015 Chevy 2500 worth 38000 and 2013 Ford F350 Dulley worth 22000 traded as downpayment for 2016 F 250 worth $60,000.00** | **2015 Chevy 2500 worth_____ and 2013 Ford F350 Dulley traded as downpayment for 2016 F 250 worth $60,000.00** | **2017** |
| **Brown Excavation**<br>Person Who Received Transfer<br><br>Number    Street<br><br><br>**San Antonio      TX**<br>City          State    ZIP Code<br><br>Person's relationship to you **employer** | **2016 Polaris and trailer worth $18,000 traded as partial satisfaction  of Core Logistics company debt to Brown. Polaris titled in debtor's name but paid for with Core Logistics funds (bought with Core's Amex Card).** | **2016 Polaris  and trailer worth $18,000 traded as partial satisfaction  of Core Logistics company debt to Brown. Polaris titled in debtor's name but paid for with Core Logistics funds (bought with Core's Amex Card).** | **2017** |
| **Dury's Guns**<br>Person Who Received Transfer<br><br>**819 Hot Wells Blvd**<br>Number    Street<br><br><br>**San Antonio      TX      78223**<br>City          State    ZIP Code<br><br>Person's relationship to you **none** | **.338 Sako rifle; 6.5 Creedmore rifle; 2 Ed Brown 1911 pistols; 2 Wilson Combat Arms 1911 pistols; 1 Berretta 7mm Mato rifle; .243 Sako rifle; 7x57 Mauser rifle; 1 Volksquartzen pistol; 1 Krieghoff .12 gauge shotgun; 652-84 Hill Country Rifle; 28 gauge Connecticut Arms Shotgun;** | **$23386.02** | **2017** |

Debtor 1    **Steven Brice Wibracht**
Debtor 2    **Erin MIchelle Wibracht**                                      Case number (if known)  __17-52300__

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Landrover of San Antonio** <br> Person Who Received Transfer | **2015 Audi Q5 lease traded for 2016 Rangerover Sport lease** | **negative equity lease** | __2016__ |
| Number       Street | | | |
| **San Antonio          TX** <br> City                State      ZIP Code | | | |
| Person's relationship to you **none** | | | |
| **see response to #8 above.** <br> Person Who Received Transfer | **see response to #8 above** | | |
| Number       Street | | | |
| City                State      ZIP Code | | | |
| Person's relationship to you | | | |
| **Coin shop brookhollow** <br> Person Who Received Transfer | **silver bullion sold to dealer for $2500.00** | **2500** | __7/17__ |
| Number       Street | | | |
| City                State      ZIP Code | | | |
| Person's relationship to you **none** | | | |
| **Diamond & Jewelry Exchange** <br> Person Who Received Transfer | **Stainless Yachtmaster II, Stainless Yachtmaster; Gold & Stainless Yachtmaster watches (Rolexes) sold for $17,000.00** | | __2017__ |
| Number       Street | | | |
| **San Antonio          TX** <br> City                State      ZIP Code | | | |
| Person's relationship to you **none** | | | |
| **MIchael Wibracht** <br> Person Who Received Transfer <br> **3953 Fossil Rock** <br> Number       Street | **debtor transfered his interest in Costa Offshore, LLC to his brother in 2013 before the LLC purchased any assets. LLC had no value at the time.** | **none** | __7/13__ |
| **San Antonio          TX      78261** <br> City                State      ZIP Code | | | |
| Person's relationship to you **Brother** | | | |

Debtor 1    **Steven Brice Wibracht**
Debtor 2    **Erin MIchelle Wibracht**                                          Case number (if known)    **17-52300**

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Brown Excavation** <br> Person Who Received Transfer | **1966 Chevy Pickup worth $20,000 sold for contract credit for Core Logistics in which the debtor owned 50%.** | **1966 Chevy Pickup worth $20,000 sold for contract credit for Core Logistics in which the debtor owned 50%.** | **2016** |
| Number     Street | | | |
| **San Antonio         TX** <br> City             State      ZIP Code | | | |
| Person's relationship to you **none at the time** | | | |

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Carmax** <br> Person Who Received Transfer | **sold 2005 Ford Excursion to Carmax for $12,500.00.  Money used to fund Core Logistics payroll.** | **sold 2005 Ford Excursion to Carmax for $12,500.00.  Money used to fund Core Logistics payroll.** | **2016** |
| Number     Street <br> **IH 10** | | | |
| **San Antonio         TX** <br> City             State      ZIP Code | | | |
| Person's relationship to you **non** | | | |

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Robert Brown** <br> Person Who Received Transfer | **Purchased Jeep from Mr. Brown for $35,000.00 and returned it.  Instead of cash refund Mr. Brown credited Core Logistics account payable to Brown Excavation** | **$35,000.00 and returned it. Instead of cash refund Mr. Brown credited Core Logistics account payable to Brown Excavation** | **11/16** |
| Number     Street | | | |
| **San Antonio         TX** <br> City             State      ZIP Code | | | |
| Person's relationship to you **no relation at that** | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

☐ No
☒ Yes.  Fill in the details.

| Name of trust | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| **Wibracht Gun Trust** | **4  used suppressors  - current estimated total value  $1000.00 exclusive of $200 transfer tax on each suppressor to facilitate transfer or each from the trust.** | **2015** |

| Debtor 1 | **Steven Brice Wibracht** |
|---|---|
| Debtor 2 | **Erin MIchelle Wibracht** |

Case number (if known) __17-52300__

### Part 8:  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes.  Fill in the details.

|  | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Texas Capital Bank**<br>Name of Financial Institution<br><br>Number     Street<br><br><br>**San Antonio       TX**<br>City          State     ZIP Code | **XXXX-__ __ __ __** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | **3/17** | **$3,500.00** |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes.  Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes.  Fill in the details.

### Part 9:  Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes.  Fill in the details.

Debtor 1   **Steven Brice Wibracht**

Debtor 2   **Erin MIchelle Wibracht**                                    Case number (if known)   __17-52300__

---

| **Part 10:** | **Give Details About Environmental Information** |

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes.  Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes.  Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No

☐ Yes.  Fill in the details.

---

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.

☑ Yes.  Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **Core Logistic Services, LLC**<br>Business Name | **Describe the nature of the business**<br>construction | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| | | EIN: ___  ___ – ___  ___  ___  ___  ___  ___  ___ |
| _____<br>Number       Street | **Name of accountant or bookkeeper** | |
| _____ | | **Dates business existed** |
| **San Antonio          TX**<br>City                              State    ZIP Code | | From  __2011__   To  __2017__ |

---

| Debtor 1 | **Steven Brice Wibracht** | | |
|---|---|---|---|
| Debtor 2 | **Erin MIchelle Wibracht** | Case number (if known) | **17-52300** |

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **R. G. Construction/Rayito Gonzales C** | construction company which never | Do not include Social Security number or ITIN. |
| Business Name | operated | |
| | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Number     Street | Name of accountant or bookkeeper | |
| | | Dates business existed |
| | | From     **2016**     To     **2017** |
| **San Antonio     TX** | | |
| City                         State   ZIP Code | | |

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **Costa Offshore, LLC** | used as means to own a pleasure | Do not include Social Security number or ITIN. |
| Business Name | boat | |
| | forfeitted existence in 2016 | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Number     Street | Name of accountant or bookkeeper | |
| | | Dates business existed |
| | | From     **2013**     To     **2016** |
| City                         State   ZIP Code | | |

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **Wishing Star Ranch, LLC** | | Do not include Social Security number or ITIN. |
| Business Name | | |
| | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Number     Street | Name of accountant or bookkeeper | |
| | | Dates business existed |
| | | From _____     To _____ |
| City                         State   ZIP Code | | |

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **Rayito Gonzales Construction, LLC** | | Do not include Social Security number or ITIN. |
| Business Name | | |
| | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Number     Street | Name of accountant or bookkeeper | |
| | | Dates business existed |
| | | From _____     To _____ |
| City                         State   ZIP Code | | |

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
☑ Yes. Fill in the details below.

| | Date issued |
|---|---|
| **various creditors and banks** | _____ |
| Name | |
| | |
| Number     Street | |
| | |
| City                         State   ZIP Code | |

| Debtor 1 | **Steven Brice Wibracht** | | |
|---|---|---|---|
| Debtor 2 | **Erin MIchelle Wibracht** | Case number (if known) | **17-52300** |

---

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Steven Brice Wibracht**

Steven Brice Wibracht, Debtor 1

Date    **11/10/2017**

X **/s/ Erin MIchelle Wibracht**

Erin MIchelle Wibracht, Debtor 2

Date    **11/10/2017**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____    Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **Brice** | **Wibracht** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Erin** | **MIchelle** | **Wibracht** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **17-52300**
(if known)

☑ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7                    12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List Your Creditors Who Hold Secured Claims

1.  For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Chase Auto Finance**<br><br>Description of property securing debt: **2016 Landrover Range Rover Sport (approx. 18000 m** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Creditor's name: **Chrylser Capital**<br><br>Description of property securing debt: **2015 Jeep Wrangler (approx. 25000 miles)(sold to b** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br>**Debtor will continue making payments to creditor without reaffirming.** | ☑ No<br>☐ Yes |
| Creditor's name: **Credit Human**<br><br>Description of property securing debt: **50% undivided interest in 5 acres, Clear Springs,** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |

| Debtor 1 | **Steven Brice Wibracht** | | |
|---|---|---|---|
| Debtor 2 | **Erin MIchelle Wibracht** | Case number (if known) | **17-52300** |

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Housinger, Stephen & Paula**<br><br>Description of property securing debt: **Lot in River Crossing** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: **M & T Bank**<br><br>Description of property securing debt: **536 E. Borgfeld Road, San Antonio, Texas 78260** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Creditor's name: **Mahindra Finance USA, LLC**<br><br>Description of property securing debt: **Mahindra Tractor with loader attachment and box sh** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: **SunTrust Bank**<br><br>Description of property securing debt: **corpus christi condo** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **TD Auto Finance**<br><br>Description of property securing debt: **2016 Ford F250 (approx. 27000 miles)** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Toyota Motor Credit Co.**<br><br>Description of property securing debt: **2013 Toyota Corrolla (approx. 70000 miles)** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br>**Debtor will continue making payments to creditor without reaffirming.** | ☑ No<br>☐ Yes |

---

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases                                                    Will this lease be assumed?

**None.**

| Debtor 1 | **Steven Brice Wibracht** | | |
|---|---|---|---|
| Debtor 2 | **Erin MIchelle Wibracht** | Case number (if known) | **17-52300** |

## Part 3:    Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.**

X **/s/ Steven Brice Wibracht**

Steven Brice Wibracht, Debtor 1

Date **11/10/2017**
      MM / DD / YYYY

X **/s/ Erin MIchelle Wibracht**

Erin MIchelle Wibracht, Debtor 2

Date **11/10/2017**
      MM / DD / YYYY