The relief described hereinbelow is SO ORDERED.

Signed February 26, 2019.

_____
Ronald B. King
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 17-52300-rbk |
| STEVEN BRICE WIBRACHT AND | § | |
| ERIN MICHELLE WIBRACHT, | § | |
| | § | |
| DEBTORS | § | CHAPTER 7 |

ORDER APPROVING WRITTEN WAIVER OF DISCHARGE OF
STEVEN BRICE WIBRACHT PURSUANT TO 11 U.S.C. § 727(a)(10)

Upon consideration of the Ex Parte Application for Order Approving Written Waiver of Discharge of Steven Brice Wibracht Pursuant to 11 U.S.C. § 727(a)(10) and the debtor's Written Waiver of Discharge, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT Steven Brice Wibracht's written Waiver of Discharge filed with the Court is approved; and

IT IS FURTHER ORDERED THAT the Clerk shall promptly give notice of the waiver of discharge to all creditors in the manner provided in Federal Rule of Bankruptcy Procedure 2002(f).

# # #

Submitted by:

____/s/_____
Martin Seidler
Attorney for Debtor
TBN: 18000800
Law Offices of Martin Seidler
11107 Wurzbach Rd., #504
San Antonio, TX 78230
email: marty@seidlerlaw.com
(210) 694-0300 Telephone
(210) 690-9886 Fax