**The relief described hereinbelow is SO ORDERED.**

**Signed April 24, 2019.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| STEVEN BRICE WIBRACHT | § | CASE NO. 17-52300-RBK |
| AND ERIN MICHELLE WIBRACHT, | § | CHAPTER 7 |
| | § | |
| DEBTORS. | § | |
| | § | |
| | § | |
| TRAVELERS CASUALTY AND SURETY | § | |
| COMPANY OF AMERICA, PLAINTIFF | § | |
| | § | |
| v. | § | ADVERSARY PROCEEDING |
| | § | NO. 18-05203-RBK |
| STEVEN BRICE WIBRACHT | § | |
| AND ERIN MICHELLE WIBRACHT, | § | |
| DEFENDANTS. | § | |

**FINAL JUDGMENT**

On February 26-27, 2019, Plaintiff Travelers Casualty and Surety Company of America ("Plaintiff" or "Travelers"), by and through its attorneys of record, Watt Tieder & Fitzgerald, LLC and Pulman Cappuccio & Pullen, LLP, and Erin Michelle

{00413578}
1

Wibracht ("Defendant"), by and through her attorney of record, Martin W. Seidler, Law Offices of Martin W. Seidler appeared before this Court for the trial of this adversary proceeding.

Based upon the facts and evidence presented at trial, the Court finds that the Defendant should be denied a discharge that they might otherwise have received pursuant to 11 U.S.C. §727(a). It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Defendant is hereby DENIED discharge of all debts pursuant to 11 U.S.C. §727(a), for the reasons stated on the record. It is further

ORDERED, ADJUDGED AND DECREED that court costs are assessed against the Defendant.

# # #

**Submitted by:**

Thomas Rice
Texas State Bar No. 24025613
trice@pulmanlaw.com
PULMAN, CAPPUCCIO & PULLEN LLP
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com

-AND-

Jennifer L. Kneeland (*Admitted Pro Hac Vice*)
jkneeland@watttieder.com
Marguerite Lee DeVoll (*Admitted Pro Hac Vice*)
mdevoll@watttieder.com
WATT TIEDER HOFFAR & FITZGERALD, LLP
1765 Greensboro Station Place, Suite 1000
McLean, Virginia 22102

**ATTORNEYS FOR PLAINTIFF,**
**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**