UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-52300 |
| | § | |
| STEVEN BRICE WIBRACHT | § | |
| ERIN MICHELLE WIBRACHT | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 7 |

_____

## NO-ASSET REPORT
_____

The undersigned Trustee reports to the Court that the Section 341 Meeting of Creditors was concluded on December 11, 2017; that I have neither received any property nor paid any money on account of this estate(s) except exempt property; that I have made a diligent inquiry into the financial affairs of the Debtor(s) and the location of property belonging to the estate(s); and there is no property available for distribution from the estate(s) over and above that exempted by law.

Pursuant to FRBP 5009, I hereby certify that the estate of the above-named Debtor(s) has been fully administered. I request that this report be approved, and that I be discharged from any further duties as Trustee.

The undersigned Trustee certifies that on this date, the original No-Asset Report was mailed/hand delivered to the United States Trustee for review, and a copy was mailed/hand delivered or sent by notice of electronic filing to the Debtor(s) and to the attorney for the Debtor(s).

Dated: September 12, 2019            */s/ Jose C. Rodriguez*
                                     Jose C. Rodriguez, Trustee
                                     342 W. Woodlawn, Ste. 103
                                     San Antonio, TX  78212
                                     (210) 738-8881 Tel.
                                     (210) 738-8882 Fax
                                     jrodlaw@sbcglobal.net

### Certificate of Service

I hereby certify that on this the 12th day of September, 2019, a true and correct copy of this Report was mailed/hand delivered or sent by notice of electronic filing to the United States Trustee, the debtor(s) and to the attorney for the debtor(s) by U.S. mail, postage pre-paid/hand delivery or sent by notice of electronic filing.

*/s/ Jose C. Rodriguez*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-52300 | RBK | Judge: | Ronald B. King | Trustee Name: | JOSE C. RODRIGUEZ |
|---|---|---|---|---|---|---|
| Case Name: | STEVEN BRICE WIBRACHT | | | | Date Filed (f) or Converted (c): | 09/30/2017 (f) |
| | ERIN MICHELLE WIBRACHT | | | | 341(a) Meeting Date: | 11/02/2017 |
| For Period Ending: | 09/12/2019 | | | | Claims Bar Date: | 03/14/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 535 E. Borgfeld Road, San Antonio, Texas 78260 Bexar<br><br>Lien with M & T Bank for $250,348.93<br>Lien to be retained and reaffirmed<br><br>Schedules amended 03/14/18 to give amount of 100% fair market value of exemption - exemption amount is $199,651.07 | 450,000.00 | 0.00 | | 0.00 | FA |
| 2. 15422 Seamount Cay Ct. #105 Christi, Texas (condo)<br><br>along with storm damage insurance claim Nueces<br><br>Lien with SunTrust Bank for $113,551.99<br>Lien to be retained and reaffirmed | 120,000.00 | 140,000.00 | | 0.00 | FA |
| 3. 235 Steeple Brook, Spring Branch, Texas Comal<br><br>Lien with Housinger, Stephen & Paula for $35,000.00<br>Debtor will continue making payments without reaffirming | 70,000.00 | 0.00 | | 0.00 | FA |
| 4. 50% undivided interest in 5 acres, Clear Springs,<br><br>Comal County, Texas 26609 Donna Elaine, San Antonio, Texas 78261 100% of property worth $95,000.00 more or less Comal<br><br>Lien with Credit Human for $71,523.00<br>Debtor will continue making payments without reaffirming<br><br>Order Granting Trustee's Notice of Abandonment entered on 09/24/18, Dkt. #124 | 50,000.00 | 50,000.00 | OA | 0.00 | FA |
| 5. 2016 Ford F250 (approx. 27000 miles)<br><br>Lien with TD Auto Finance for $52,000.00<br>Lien to be retained and reaffirmed<br><br>Schedules amended 03/14/18, exemption amount of $50,000.00 removed | 50,000.00 | 0.00 | | 0.00 | FA |
| 6. 2007 Toyota Sequoia (approx. 115000 miles)<br><br>Schedules amended 11/10/17 to change year of vehicle from 2010 to 2007<br>Schedules amended 03/14/18 to give amount of 100% fair market value of exemption - exemption amount is $8,000.00 | 8,000.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 17-52300 RBK | Judge: Ronald B. King | Trustee Name: | JOSE C. RODRIGUEZ |
|---|---|---|---|---|
| Case Name: | STEVEN BRICE WIBRACHT | | Date Filed (f) or Converted (c): | 09/30/2017 (f) |
| | ERIN MICHELLE WIBRACHT | | 341(a) Meeting Date: | 11/02/2017 |
| For Period Ending: | 09/12/2019 | | Claims Bar Date: | 03/14/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7. 2016 Landrover Range Rover Sport (approx. 18000 miles)(lease) Lease with Chase Auto Finance for $27,430.00 Lien to be retained and reaffirmed Schedules amended 03/14/18 to give amount of 100% fair market value of exemption - exemption amount is $0.00 | 1.00 | 0.00 | | 0.00 | FA |
| 8. 2015 Jeep Wrangler (approx. 25000 miles) (sold to brother in 2016 who assumed the payments) still titled in the debtor's name but debtor's brother makes the payments and has possession. Lien with Chrysler Capital for $22,750.00 Debtor to continue making payments without reaffirming | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2013 Toyota Corrolla (approx. 70000 miles) (vehicle in name of debtor's sister and the debtor who signed as a cosigner to permit the granting of credit to purchase the sister's vehicle) (this is not property of the debtor's estate. Lien with Toyota Motor Credit Co. for $2,906.00 Debtor will continue making payments without reaffirming Schedules amended 03/14/18 to give amount of 100% fair market value of exemption - exemption amount is $3,094.00 | 6,000.00 | 0.00 | | 0.00 | FA |
| 10. Household goods, supplies and furnishings Schedules amended 03/14/18 to give amount of 100% fair market value of exemption - exemption amount is $4,500.00 | 4,500.00 | 0.00 | | 0.00 | FA |
| 11. 3 tvs, 2 ipads, macbook, macbookpro, and miscl. electronics, children's games, 2 cell phones, etc. Schedules amended 03/14/18 to give amount of 100% fair market value of exemption - exemption amount is $1,500.00 | 1,500.00 | 0.00 | | 0.00 | FA |
| 12. Berretta ASE 90 .12 gauge shotgun and Perazzi Mirage .12 gauge shotgun Schedules amended 03/14/18 to give amount of 100% fair market value of exemption - exemption amount is $5,000.00 | 5,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-52300 | RBK | Judge: | Ronald B. King | Trustee Name: | JOSE C. RODRIGUEZ |
|---|---|---|---|---|---|---|
| Case Name: | STEVEN BRICE WIBRACHT | | | | Date Filed (f) or Converted (c): | 09/30/2017 (f) |
| | ERIN MICHELLE WIBRACHT | | | | 341(a) Meeting Date: | 11/02/2017 |
| For Period Ending: | 09/12/2019 | | | | Claims Bar Date: | 03/14/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. Clothing<br><br>Schedules amended 03/14/18 to give amount of 100% fair market value of exemption - exemption amount is $1,000.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 14. Breitling men's watch 18K gold/stainless model CB0140<br><br>Schedules amended 03/14/18 to schedule, describe, value and exempt the jewelry items separately<br>Schedules amended 03/14/18 to give amount of 100% fair market value of exemption - exemption amount is $2,200.00 | 2,200.00 | 0.00 | | 0.00 | FA |
| 15. 1 Dog<br><br>Schedules amended 03/14/18 to give amount of 100% fair market value of exemption - exemption amount is $25.00 | 25.00 | 0.00 | | 0.00 | FA |
| 16. 2 bicycles and misc. childrens toys and scooters<br><br>Schedules amended 03/14/18 to give amount of 100% fair market value of exemption - exemption amount is $100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 17. Checking account - Bank of America | 76.16 | 76.16 | | 0.00 | FA |
| 18. Checking account Security Service FCU | 396.01 | 396.01 | | 0.00 | FA |
| 19. Savings account Bank of America | 103.73 | 103.73 | | 0.00 | FA |
| 20. Savings account Security Service FCU | 5.72 | 5.72 | | 0.00 | FA |
| 21. Bank of America trading account | 980.00 | 980.00 | | 0.00 | FA |
| 22. Pension plan TRS<br><br>Schedules amended 03/14/18 to give amount of 100% fair market value of exemption - exemption amount is $8,000.00 | 8,000.00 | 0.00 | | 0.00 | FA |
| 23. Steven Wibracht Trust contains 4 suppressors | 1,000.00 | 540.00 | | 0.00 | FA |
| 24. Claims for breach of contract, misrepresentation, fraud,<br><br>indemnity and contribution against Clifford Glen Boultinghouse, Rio Medina, Texas | Unknown | 1.00 | | 0.00 | FA |
| 25. Cash | 67.00 | 67.00 | | 0.00 | FA |
| 26. Nighhawk .45 pistol; Nighthawk 9mm pistol; Barrett .223 rifle<br><br>Sig .380 pistol; Sig. 9mm 938 pistol; Ruger .22 pistol; Remington 6.5 Creedmore rifle; Browning 410 shotgun; Remington 6.5 x 284 rifle;<br><br>Schedules amended 03/14/18, exemption amount of $2,795.00 removed | 2,795.00 | 2,200.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 17-52300 | RBK | Judge: | Ronald B. King | Trustee Name: | JOSE C. RODRIGUEZ |
|---|---|---|---|---|---|---|
| Case Name: | STEVEN BRICE WIBRACHT | | | | Date Filed (f) or Converted (c): | 09/30/2017 (f) |
| | ERIN MICHELLE WIBRACHT | | | | 341(a) Meeting Date: | 11/02/2017 |
| For Period Ending: | 09/12/2019 | | | | Claims Bar Date: | 03/14/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. cross claims against various parties in 5:15 CV 0200<br><br>DAE Travelers Cas. and Surety Co. of America v. Michael Padron, et. al. | Unknown | 1.00 | | 0.00 | FA |
| 28. Various uncollectable claims against Core Logistics<br><br>(probably much more) | 70,000.00 | 1,000.00 | | 0.00 | FA |
| 29. $150,000 Farmers Insurance (term life) (u)<br><br>Beneficiary: codebtor<br><br>Schedules amended 11/10/17 to add property and exemption<br>Schedules amended 03/14/18 to give amount of 100% fair market value of exemption - exemption amount is $1.00 | 1.00 | 0.00 | | 0.00 | FA |
| 30. Mahindra Tractor with loader attachment and box shredder (u)<br><br>(used by Core Logistics - Currently in possession of owner of Core Logistics, Mr Glen Boultinghouse at 1719 CR 271 Rio Medina, Texas (210) 218-3607 and (210) 227-2673<br><br>Lien with Mahindra Finance USA, LLC for $11,000.00<br>Lien to be surrendered<br><br>Schedules amended 11/10/17 to add property and lien | 15,000.00 | 0.00 | | 0.00 | FA |
| 31. U.S. Savings Bonds (approx) (u)<br><br>Schedules amended 09/16/18 to add property | 550.00 | 550.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-52300 RBK | Judge: Ronald B. King | Trustee Name: | JOSE C. RODRIGUEZ |
|---|---|---|---|---|
| Case Name: | STEVEN BRICE WIBRACHT | | Date Filed (f) or Converted (c): | 09/30/2017 (f) |
| | ERIN MICHELLE WIBRACHT | | 341(a) Meeting Date: | 11/02/2017 |
| For Period Ending: | 09/12/2019 | | Claims Bar Date: | 03/14/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 32. Claims against Travelers and its agents (u)  including Terry Nielsen for misrepresentation, fraud, overreaching, bringing actions on fraudulently obtainted documents, fraud in the inducement, claims for or related to invalid bonds on which unlawful commissions or referral fees were paid, invalidating liability, if any, is disputed, indemnitors, and including related claims against Time Insurance and its agents and former agents and all of their lawyers. In the alternative, claims for breach of contract (which is disputed) for not releasing debtors from future bonds after receiving notice of desire to be released from future bonds, alteration of documents and filing of UCC financiing statement without debtors' consent and related torts. These claims may also be asserted as setoff and/or recoupment. These claims include claims for attorney's fees, damages and punitive damages as well as lien avoidance.  Schedules amended 09/16/18 to add property | 18,000,000.00 | 100,000.00 | | 0.00 | FA |
| 33. Breitling men's watch 18 K rose gold/stainless model 1 B0110  Schedules amended 03/14/18 to schedule, describe, value and exempt the jewelry items separately  Schedules amended 03/14/18 to give amount of 100% fair market value of exemption - exemption amount is $2,500.00 | 2,500.00 | 0.00 | | 0.00 | FA |
| 34. 14K white gold engagement ring with approx. 1.1 ct. princess cut diamond  Schedules amended 03/14/18 to schedule, describe, value and exempt the jewelry items separately  Schedules amended 03/14/18 to give amount of 100% fair market value of exemption - exemption amount is $2,800.00 | 2,800.00 | 0.00 | | 0.00 | FA |
| 35. 14 K white gold wedding band with approx .5 ctw princess cut diamonds  Schedules amended 03/14/18 to schedule, describe, value and exempt the jewelry items separately  Schedules amended 03/14/18 to give amount of 100% fair market value of exemption - exemption amount is $250.00 | 250.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-52300 | RBK | Judge: | Ronald B. King | Trustee Name: | JOSE C. RODRIGUEZ |
|---|---|---|---|---|---|---|

| Case Name: | STEVEN BRICE WIBRACHT | | Date Filed (f) or Converted (c): | 09/30/2017 (f) |
|---|---|---|---|---|
| | ERIN MICHELLE WIBRACHT | | 341(a) Meeting Date: | 11/02/2017 |
| For Period Ending: | 09/12/2019 | | Claims Bar Date: | 03/14/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 36. 14 K whie gold earings with approx. 1.35 ctw princess cut diamonds<br><br>Schedules amended 03/14/18 to schedule, describe, value and exempt the jewelry items separately<br>Schedules amended 03/14/18 to give amount of 100% fair market value of exemption - exemption amount is $800.00 | 800.00 | 0.00 | | 0.00 | FA |
| 37. men's gold wedding band<br><br>Schedules amended 03/14/18 to schedule, describe, value and exempt the jewelry items separately<br>Schedules amended 03/14/18 to give amount of 100% fair market value of exemption - exemption amount is $250.00 | 250.00 | 0.00 | | 0.00 | FA |
| 38. misc. costume jewelry consisting of rings, necklases, earnings, etc.<br><br>(nothing of any significant value)<br><br>Schedules amended 03/14/18 to schedule, describe, value and exempt the jewelry items separately<br>Schedules amended 03/14/18 to give amount of 100% fair market value of exemption - exemption amount is $500.00 | 500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $18,874,400.62      $295,920.62      $0.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

08/20/19jr CALLED BOB REESE RE LAST BROKER CALL ON STEEPLEBROOK. NO OFFER. HE WILL CALL THE BROKER. WILL CLOSE IF NO INTEREST IN LIGHT OF DENIAL OF DISCHARGE

07/23/19jr RELEASED LIS PENDENS AND NEED ONE MORE RELEASE. WILL CLOSE WITH OPTION TO REOPEN

06/27/19jr NO ACTIVITY IN REMAINING REAL ESTATE; WILL FILE AFFIDAVIT OF INTEREST IN BK ESTATE AND CLOSE

05/22/19jr ONLY PROPERTY IS STEEPLEBROOK WITH NO INTEREST AT THIS POINT. DEBTOR LOST HIS DISCHARGE. MAY BE TFR

04/02/19jr PENDING SALE OF LAND (STEEPLEBROOK) - WILL REQUEST STATUS OF SALE EFFORTS TO BOB REESE (APPOINTED AGENT). DEBTOR WAIVED DISCHARGE; DEBTOR DID NOT COMPLETE SALE OF GUNS AS PER COURT ORDER.

02/28/19jr DEBTOR DISCHARGE WAIVED; W OBJECTION TO DISCHARGE REMAINS PENDING. HAVE ONE PARCEL FOR SALE WITHOUT OFFERS AND WILL CONSIDER OVERALL STATUS OF CASE GIVEN THE DEBT LOADS

01/21/19jr NO SALES ON REMAINING REAL ESTATE; OBTAINED ORDER TO SELL GUNS BUT DEBTOR BUYER HAS NOT PAID SALES PRICE

12/04/18jr PENDING RECEIPTS FROM GUN SALES; NO OFFERS OF PURCHASE ON REAL PROPERTY

09/21/18jr ABANDONED ONE REAL ESTATE PARCEL CO OWNED WITH BROTHER; LOST CORPUS TOWNHOME TO MLS THAT WAS SUBJECT TO FIRST MORTGAGE LIEN AND SECOND HOA LIEN.

08/20/18jr REAL ESTATE SALES PENDING; NO VIABLE OFFERS TO DATE; JULIE WENDL IS ESTATE AGENT

07/19/18jr PURSUING REAL ESTATE SALES; PERSONAL PROPERTY SALES (GUNS TO BE SOLD TO DEBTOR).

06/07/18 HAVE PENDING REAL PROPERTY SALES; BOB REESE ATTEMPTING TO SELL TWO PARCELS (STEEPLEBROOK AND DONNA ELAINE) JULIE WENDLY ATTEMPTING TO SEE CORPUS CHRISTI CONDO.

05/02/18jr CREDITOR OBJECTION TO EXEMPTION DENIED; PENDING REAL ESTATE SALES.

03/12/18jr OBJECTION TO EXEMPTIONS FILED BY TOM RICE; GRANTED IN PART AND DENIED IN PART. 2004 MEETING BY UST AT THE END OF FEBRUARY - AWAITING COPY OF TRANSCRIPT; ANOTHER 2004 TO BE SCHEDULED TO TOM RICE. CLAIMS BAR DATE IS 3/14/18.

02/05/18jr RETAINED REAL ESTATE AGENT TO ASSIST WITH SALES OF REAL PROPERTY; PENDING 2004 EXAM BY UST; PENDING OBJCTION TO EXEMPTIONS FILED BY CREDITOR; HEARING PENDING.


Initial Projected Date of Final Report (TFR): 09/30/2020     Current Projected Date of Final Report (TFR): 09/30/2020

Trustee Signature:     /s/ JOSE C. RODRIGUEZ          Date: 09/12/2019

JOSE C. RODRIGUEZ
CHAPTER 7 PANEL TRUSTEE
342 WEST WOODLAWN AVE.
SUITE 103
SAN ANTONIO, TX  78212
(210) 738-8881
jrodlaw@sbcglobal.net